UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN TOWERS LLC, GTP TOWERS VIII, LLC, ATC SOUTH, LLC, AMERICAN TOWER MANAGEMENT, LLC, ATC PONDEROSA K LLC, IWG, II LLC, GRAINCOMM III, LLC, GTP TOWERS I, LLC, GTP ACQUISITION PARTNERS II, LLC, ATC SEQUOIA, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> SI WIRELESS, LLC, <br><br> Defendant. | Case No. 3:22-cv-1083-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiffs American Towers LLC, GTP Towers VIII, LLC; ATC South, LLC, American Tower Management, LLC, ATC Ponderosa K LLC, IWG, II LLC, GrainComm III, LLC, GTP Towers I, LLC, GTP Acquisition Partners II, LLC, ATC Sequoia, LLC ("Plaintiffs" or "American Tower") Motion for Leave to File First Amended Complaint (Doc. 33). Plaintiffs indicate the reason for filing an amended complaint is that they inadvertently failed to attach certain notices to the operative complaint and also made a typographical error when it stated it sent a Notice of Default on December 30, 2020, instead of the correct date of December 30, 2019. Additionally, Plaintiffs pled that SI Wireless is a citizen of Vermont but inadvertently pled later that it is a citizen of South Carolina.

In general, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). The Federal Rules dictate that "the court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Plaintiffs indicate that

1

Defendant SI Wireless, LLC does not oppose its motion for leave to file an amended complaint and consents to Plaintiffs doing so. (Doc. 33 at ¶ 10).

Therefore, the Court GRANTS Plaintiffs Motion for Leave to File an Amended Complaint (Doc. 33). Plaintiffs are ORDERED to file its Amended Complaint within 7 days entry of this Order.

**IT IS SO ORDERED.**
**DATED:  October 28, 2022**

                                                    **/s/  J. Phil Gilbert**
                                                    **J. PHIL GILBERT**
                                                    **U.S. DISTRICT JUDGE**