IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMERICAN TOWERS, LLC, *et al*.,

Plaintiffs,

v.

SI WIRELESS,LLC,

Defendant.

Case No. 22-cv-1083 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

The Motion to Dismiss (doc.46) is hereby GRANTED;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 1/11/2024        MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk

**Approved:**    *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**